# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

BERTHAL HAYWARD, an individual; and
VICTOR MASTERS, an individual,

      v.

CASE NUMBER:   C10-5045 RBL

ALLIED BARTON SECURITY SERVICES, LLC, d/b/a ALLIED BARTON SECURITY SERVICES, LLC, a Dleaware corporation; ad FRANCISCAN HEALTH SYSTEM - WEST, a Washington corporation,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motion to Amend is GRANTED.

The Motion to REMAND to State Court is GRANTED.

*DATED :* March 19, 2010

                                          BRUCE  RIFKIN
                                   *Clerk*

                                         /s/   Jean Boring
                                *(By) Deputy Clerk*, Jean Boring